1   GEORGE W. NOWELL (SBN:  83868)
    george.nowell@nowelllaw.com
2   PAUL B. ARENAS (SBN: 167863)
    paul.arenas@nowelllaw.com
3   JOHN H. CIGAVIC III (SBN: 231806)
    john.cigavic@nowelllaw.com
4   **LAW OFFICES OF GEORGE W. NOWELL**
    120 Montgomery Street, Suite 1990
5   San Francisco, CA 94104
    Telephone:  (415) 362-1333
6   Facsimile:  (415) 362-1344
    Attorneys for plaintiff
7   SCHENKER, INC.

8                     **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11  SCHENKER, INC.,                      )   **CASE NO.:  C 08 4182 (VRW)**
                                         )
12                        Plaintiff,     )   **NOTICE OF SETTLEMENT AND**
                                         )   **REQUEST FOR 120 DAY**
13               v.                      )   **CONDITIONAL DISMISSAL;**
                                         )   ~~**[PROPOSED]**~~ **ORDER**
14  MOLLICOOLZ, LLC,                     )
                                         )
15                                       )
                                         )
16                        Defendant.     )
                                         )
17                                       )
                                         )
18  _____ )

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1

**NOTICE OF SETTLEMENT AND REQUEST FOR 120 DAY CONDITIONAL DISMISSAL;**
**[PROPOSED] ORDER (C 08 4182 (VRW))**

*(left margin, vertical)* LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P1103.2008-1817

COMES NOW PLAINTIFF, SCHENKER INC. ("plaintiff") and files this Notice of

Settlement and Request for 120 Day Conditional Dismissal as follows:

## NOTICE OF SETTLEMENT

Plaintiff and defendant MOLLICOOLZ, LLC ("defendant") have agreed to settle this

lawsuit.  The parties' settlement should be executed in full by January 2009.

## REQUEST FOR CONDITIONAL DISMISSAL

Plaintiff requests the Court Order the case conditionally dismissed for 120 days to permit

the parties to execute their settlement (which is due to be funded completely by January 2009)

and to conserve judicial resources.

Dated:  3 November 2008

**LAW OFFICES OF GEORGE W. NOWELL**

By:  _____ /s/ John H. Cigavic III_____

JOHN H. CIGAVIC III
Attorneys for plaintiff
SCHENKER, INC.

//
//
//
//
//
//
//
//
//
//
//
//
//

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

2

**NOTICE OF SETTLEMENT AND REQUEST FOR 120 DAY CONDITIONAL DISMISSAL;
[PROPOSED] ORDER (C 08 4182 (VRW))**

P1103.2008-1817

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

1  # [PROPOSED] ORDER

2      GOOD CAUSE APPEARING in plaintiff SCHENKER INC.'s request for a 120 day

3  conditional dismissal:

4      IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided,

5  however, that if any party hereto shall certify to this Court, within 120 days, with proof of

6  service of a copy thereon opposing counsel, that the agreed consideration for said settlement has

7  not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be

8  restored to the calendar to be set for trial.

9

10     IT IS SO ORDERED.

11

12  Dated: _____November 6_____, 2008      **UNITED STATES DISTRICT COURT**

13                                              **NORTHERN DISTRICT OF CALIFORNIA**

14                                              By:_____

15                                                                      Judge Vaughn R Walker

16

17  Prepared by:

18  Dated:  3 November 2008                     **LAW OFFICES OF GEORGE W. NOWELL**

19                                              By:  _____ /s/ John H. Cigavic III_____

20                                                      JOHN H. CIGAVIC III
                                                        Attorneys for plaintiff
21                                                      SCHENKER, INC.

22

23

24

25

26

27

28

**NOTICE OF SETTLEMENT AND REQUEST FOR 120 DAY CONDITIONAL DISMISSAL;**
**[PROPOSED] ORDER (C 08 4182 (VRW))**

P1103.2008-1817