GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for plaintiff
SCHENKER, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SCHENKER, INC.,

Plaintiff,

v.

MOLLICOOLZ, LLC,

Defendant.

**CASE NO.: C 08 4182 (VRW)**

**AMENDED NOTICE OF SETTLEMENT AND REQUEST FOR 240-DAY CONDITIONAL DISMISSAL; ~~[PROPOSED]~~ SECOND ORDER**

//

//

//

//

//

//

//

//

//

//

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

Case 3:08-cv-04182-VRW Document 12 Filed 01/20/2009 Page 2 of 3

COMES NOW PLAINTIFF, SCHENKER INC. ("plaintiff") and files this Notice of Settlement and Request for 240-Day Conditional Dismissal as follows:

**NOTICE OF SETTLEMENT**

Plaintiff and defendant MOLLICOOLZ, LLC ("defendant") have agreed to settle this lawsuit over an extended period beyond that initially contemplated in 2008. The parties' settlement should be funded in full by April 1, 2009.

**REQUEST FOR CONDITIONAL DISMISSAL**

Plaintiff requests the Court Order the case conditionally dismissed for 240 days from November 6, 2008 to June 8, 2009 to permit the parties to execute their settlement (which is due to be funded completely by April 2009) and to conserve judicial resources. One prior Order of Conditional Dismissal for 120 days was signed on November 6, 2008: the proposed Second Order of Conditional Dismissal will make the total period of the conditional dismissal 240 days.

Dated: 20 January 2009

**LAW OFFICES OF GEORGE W. NOWELL**

By: /s/ John H. Cigavic III

JOHN H. CIGAVIC III
Attorneys for plaintiff
SCHENKER, INC.

//

//

//

//

//

//

//

//

//

//

//

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

## ~~[PROPOSED]~~ SECOND ORDER

GOOD CAUSE APPEARING in plaintiff SCHENKER, INC.'s request for a 240-day conditional dismissal (240 days total, from the date of this Court's first Order of Conditional Dismissal dated November 6, 2008):

IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within 240 days of November 6, 2008, on or before June 8, 2009, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: January 23, 2009

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

By: ____________________

Judge Vaughn R Walker

Prepared by:

Dated: 20 January 2009

**LAW OFFICES OF GEORGE W. NOWELL**

By: /s/ John H. Cigavic III
JOHN H. CIGAVIC III
Attorneys for plaintiff
SCHENKER, INC.